**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DERREL LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-14190** |
| **ARCHER DANIELS MIDLAND COMPANY, ET AL.** | **SECTION "E" (2)** |

## ORDER

All parties did not consent to proceed to trial before the Magistrate Judge pursuant to 28 USC 636(c). (Rec. Doc. 22)

Accordingly,

**IT IS ORDERED** that the automatic referral in the above captioned matter is revoked.

**New Orleans, Louisiana, this 24th day of January, 2018.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**